# United States Court of Appeals for the Fifth Circuit

———————

No. 25-50075
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**
February 2, 2026

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

JORGE AVILA-LECHUGA,

*Defendant—Appellant*.

———————————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:24-CR-1629-1

———————————————————————

Before STEWART, GRAVES, and OLDHAM, *Circuit Judges*.

PER CURIAM:[*]

Jorge Avila-Lechuga appeals the 24-month, above-guidelines sentence imposed following his guilty plea for illegally reentering the United States after having been previously deported. He argues that his sentence is substantively unreasonable because the district court erred in balancing the 18 U.S.C. § 3553(a) factors.

———————————————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-50075

Because Avila-Lechuga failed to preserve this issue, our review is for plain error. *See United States v. Sepulveda*, 64 F.4th 700, 709 (5th Cir. 2023). He has failed to demonstrate that the district court plainly erred in issuing the 24-month, above-guidelines sentence. *See United States v. Lopez-Velasquez*, 526 F.3d 804, 807 (5th Cir. 2008); *United States v. Fraga*, 704 F.3d 432, 440-41 (5th Cir. 2013); *Puckett v. United States*, 556 U.S. 129, 135 (2009).

Accordingly, the judgment of the district court is AFFIRMED.